# Exhibit 4

# U.S. Patent No. 8,341,157
# Workday, Inc.

nelson bumgardner albritton

**Claim Chart for Representative Claims 1, 3, and 5.**

# OVERVIEW

nba nelson bumgardner albritton

# U.S. Patent No. 8,341,157

US008341157B2

(12) **United States Patent**
**Schulman**

(10) **Patent No.:** **US 8,341,157 B2**
(45) **Date of Patent:** **Dec. 25, 2012**

(54) **SYSTEM AND METHOD FOR INTENT-DRIVEN SEARCH RESULT PRESENTATION**

(75) Inventor: **Robert Schulman**, Menlo Park, CA (US)

(73) Assignee: **Yahoo! Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 307 days.

(21) Appl. No.: **12/533,299**

(22) Filed: **Jul. 31, 2009**

(65) **Prior Publication Data**

US 2011/0029541 A1 Feb. 3, 2011

(51) **Int. Cl.**
*G06F 17/00* (2006.01)

(52) **U.S. Cl.** ........ **707/737**; 707/706; 707/727; 707/728; 707/731; 707/735

(58) **Field of Classification Search** .................. 707/706, 707/727, 728, 731, 735, 737
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,181,438 | B1 * | 2/2007 | Szabo | 1/1 |
| 7,689,585 | B2 * | 3/2010 | Zeng et al. | 707/999.104 |
| 7,801,896 | B2 * | 9/2010 | Szabo | 707/739 |

* cited by examiner

*Primary Examiner* — Sana Al Hashemi
(74) *Attorney, Agent, or Firm* — James J. DeCarlo; Greenberg Traurig, LLP

(57) **ABSTRACT**

A system and method for intent driven search presentation. A query is received, over a network, from a user, wherein the query comprises at least one query token. The query is analyzed wherein at least one query keyword is identified in the query. The query is classified wherein the query is classified into at least one intent using query keywords. A plurality of data objects that match query keywords is identified. The data objects are ranked, wherein at least one intent is assigned to at least some of the data objects. A result is built using the ranked plurality of data objects, wherein the result comprises display entries wherein if a data object has been assigned at least one intent, such intent is used to construct the display entry for the respective data object. The result is transmitted over the network to the user.

**23 Claims, 3 Drawing Sheets**




**Title:** **SYSTEM AND METHOD FOR INTENT-DRIVEN SEARCH RESULT PRESENTATION**

**Priority Date:** **July 31, 2009**

**Filing Date:** **July 31, 2009**

**Issue Date:** **December 25, 2012**

**Expiration Date:** **June 3, 2030**

(57) ABSTRACT

A system and method for intent driven search presentation. A query is received, over a network, from a user, wherein the query comprises at least one query token. The query is analyzed wherein at least one query keyword is identified in the query. The query is classified wherein the query is classified into at least one intent using query keywords. A plurality of data objects that match query keywords is identified. The data objects are ranked, wherein at least one intent is assigned to at least some of the data objects. A result is built using the ranked plurality of data objects, wherein the result comprises display entries wherein if a data object has been assigned at least one intent, such intent is used to construct the display entry for the respective data object. The result is transmitted over the network to the user.

# Representative Claim 1

A method comprising:

receiving, over a network, a query from a user, the query comprising at least one query token;

analyzing the query, using at least one computing device, to identify at least one query keyword;

determining, at least the one computing device, a plurality of intents from the at least one keyword, each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query;

classifying the query, using the at least one computing device, into at least one of the plurality of intents;

identifying, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword;

assigning, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects;

ranking, using the at least one computing device, the plurality of data objects;

building a result, using the at least one computing device, using the ranked plurality of data objects, the result comprises a plurality of display entries, at least one display entry customized to a respective assigned intent is constructed for each of the ranked plurality of data objects; and

transmitting the result, over the network, to the user.

# Representative Claim 3

The method of claim **1** wherein the at least one intent comprises an unclassified intent.

# Representative Claim 5

The method of claim **1** wherein, in the classifying step, the query is classified by linguistic analysis of the at least one query keyword.

# CLAIM CHART

nelson
bumgardner
albritton

# References Cited

Upon information and belief, Workday, Inc. has and continues to make, use, sell, offer for sale, and/or import Workday Talent Acquisition (hereinafter, the "Talent Acquisition"), which is a software application that practices the steps of the methods described in the claims of U.S. Patent No. 8,341,157 (the "'157 Patent").

The following chart presents R2 Solutions' analysis of Talent Acquisition based on publicly available information.

The citations in the chart refer to the following publicly available documents, which are incorporated by reference as if fully set forth herein:


[1] James Pasely, *Exploring Workday's Architecture*, WORKDAY TECHNOLOGY (Mar. 28, 2018), https://medium.com/workday-engineering/exploring-workdays-architecture-73c5dbbffc35.

[2] *Talent Acquisition*, WORKDAY, https://www.workday.com/en-us/products/talent-management/talent-acquisition.html.

[3] *Workday Recruting Datasheet*, WORKDAY, https://www.workday.com/content/dam/web/en-us/documents/datasheets/datasheet-workday-recruiting.pdf.

[4] Parag Namjoshi et al., *Optimizing Search Relevance for Enterprise Recruiting*, *Workday*, https://dshcmorg.files.wordpress.com/2018/08/dshcm_2018_paper_4_search_relevance.pdf.

[5] *Elasticsearch Reference (7.10)*, ELASTICSEARCH, https://www.elastic.co/guide/en/elasticsearch/reference/current/index.html.

[6] *Workday: Navigation - Search*, EPIQ, https://vimeo.com/111764291.

[7] *Simplifying Enterprise Integration*, WORKDAY, https://forms.workday.com/en-us/whitepapers/whitepaper-integration-on-demand/form.html.

[8] Phil Wainewright, *How Workday Does Cloud*, DIGINOMICA (Sept. 5, 2013), https://diginomica.com/workday-cloud.

[9] Annrai O'Toole, *The Enterprise Cloud: A Unified Architecture Means Unified Experience*, WORKDAY (June 19, 2013), https://blog.workday.com/en-us/2013/the-enterprise-cloud-a-unified-architecture-means-unified-experience.html#:~:text=Workday%E2%80%99s%20approach%20was%20to%20design%20an%20enterprise%20cloud,version%20of%20the%20entire%20application%20logic%20and%20data.

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| A method comprising:<br>receiving, over a network, a query from a user, the query comprising at least one query token; | Talent Acquisition has a search interface to allow users to submit search queries to Workday's cloud infrastructure (i.e., over a network). Workday's servers hosting Talent Acquisition perform the search (i.e., carry out a method). Workday uses Elasticsearch to support the search features of its cloud software. Elasticsearch recognizes tokens in search queries. *See, e.g.*: |




*Talent Acquisition*

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| A method comprising:<br><br>receiving, over a network, a query from a user, the query comprising at least one query token; | Talent Acquisition has a search interface to allow users to submit search queries to Workday's cloud infrastructure (i.e., over a network). Workday's servers hosting Talent Acquisition perform the search (i.e., carry out a method). Workday uses Elasticsearch to support the search features of its cloud software. Elasticsearch recognizes tokens in search queries. *See, e.g.*:<br><br>Search queries are entered in a single search box and users prefer not to have to tag the queries themselves, i.e., users would prefer to type *Software Engineer Rust* rather than *job-title: "Software Engineer" and skill: "Rust"*.<br>User research has revealed three major types of queries issued to our system.<br>1. Recruiters trying to find a specific candidate's profile (**candidate query**)<br>2. Recruiters looking to identify suitable candidates, from the pool of profiles already in the tenant, for specific job requisitions (**sourcing query**)<br>3. Candidates searching for jobs suited to their skills, experience, and location (**job query**)<br>For candidate queries, recruiters search by name, phone number, or email and expect exactly one result. Following the taxonomy of Broder [1], candidate query is a *navigational query*.<br><br>Namjoshi at 2 |

nelson bumgardner albritton

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| A method comprising:<br>receiving, over a network, a query from a user, the query comprising at least one query token; | Talent Acquisition has a search interface to allow users to submit search queries to Workday's cloud infrastructure (i.e., over a network). Workday's servers hosting Talent Acquisition perform the search (i.e., carry out a method). Workday uses Elasticsearch to support the search features of its cloud software. Elasticsearch recognizes tokens in search queries. *See*, *e.g.*: |




Pasley




**Figure 1.** Workday Integration Cloud

*Simplifying Enterprise Integration*

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| A method comprising:<br><br>receiving, over a network, a query from a user, the query comprising at least one query token; | Talent Acquisition has a search interface to allow users to submit search queries to Workday's cloud infrastructure (i.e., over a network). Workday's servers hosting Talent Acquisition perform the search (i.e., carry out a method). Workday uses Elasticsearch to support the search features of its cloud software. Elasticsearch recognizes tokens in search queries. *See, e.g.*:<br><br>In 2014, the Workday team realized their Lucene-based custom search would not scale or provide world-class relevance for end users. After extensive research and prototyping, Elasticsearch came out on top as a solution.<br><br>Three years later, Workday's highest-volume, most critical search use cases — Recruiting - Find Jobs and Find Candidates — are in production on Elasticsearch. With this change, indexing time has gone from more than 10 hours to less than a few minutes. Query results are being served in subseconds instead of timing out at the 20 minute threshold. Also, Workday has gone from lacking relevance in results to leveraging out-of-the-box relevance capabilities in Elasticsearch. Happier end users equals a happier team!<br><br>Pasley<br><br>**Tokenizer reference**<br><br>A *tokenizer* receives a stream of characters, breaks it up into individual *tokens* (usually individual words), and outputs a stream of *tokens*. For instance, a `whitespace` tokenizer breaks text into tokens whenever it sees any whitespace. It would convert the text `"Quick brown fox!"` into the terms `[Quick, brown, fox!]`.<br><br>The tokenizer is also responsible for recording the following:<br>• Order or *position* of each term (used for phrase and word proximity queries)<br>• Start and end *character offsets* of the original word which the term represents (used for highlighting search snippets).<br>• *Token type*, a classification of each term produced, such as `<ALPHANUM>`, `<HANGUL>`, or `<NUM>`. Simpler analyzers only produce the `word` token type.<br><br>Elasticsearch has a number of built in tokenizers which can be used to build custom analyzers.<br><br>*Elastic Search Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/analysis-tokenizers.html) |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| analyzing the query, using at least one computing device, to identify at least one query keyword; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) analyze the search query to identify at least one query keyword. *See, e.g.*:<br><br>**Practical multi-tenancy**<br>Like many SaaS vendors, Workday runs its application on commodity servers and whether customers share a server or not is determined by factors such as load balancing, volume of transactions and usage patterns. Among the many definitions of multi-tenancy, this is an approach that some purists would argue isn't the real thing.<br><br>Wainewright<br><br>**Unified In-Memory**<br>Workday's approach was to design an enterprise cloud architecture specifically to allow applications and data to exist together as a unified whole. Internally, Workday is partitioned into many servers that perform individual tasks, but these all operate off a single, in-memory version of the entire application logic and data. Specifically, there is no separate on-disk representation of all Workday data structures. There are no SQL or other database data definitions in Workday. There is only a single, in-memory representation. Unifying our data structures and our business logic this way fundamentally impacts the flexibility of our system and delivers benefits to our customers that aren't possible with traditional ERP.<br><br>O'Toole |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| analyzing the query, using at least one computing device, to identify at least one query keyword; | Workday servers running the Talent Acquisition application analyze the search query to identify at least one query keyword. *See, e.g.*:<br><br>high degree of control during this process. For example, a likely target of query *Software Engineer Rust* is a candidate whose job–title is "Software Engineer" and who lists the "Rust programming language" as a skill; not a mechanical engineer who specializes in corrosion control and mentions word "software" in her profile. We need to develop a very precise understanding of users' intent for each phrase in the query to narrow the search results to the appropriate set.<br><br>Namjoshi at 2 |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| analyzing the query, using at least one computing device, to identify at least one query keyword; | Workday servers running the Talent Acquisition application analyze the search query to identify at least one query keyword. *See, e.g.*:<br><br>**analysis**<br>Analysis is the process of converting full text to terms. Depending on which analyzer is used, these phrases: `FOO BAR`, `Foo-Bar`, `foo,bar` will probably all result in the terms `foo` and `bar`. These terms are what is actually stored in the index.<br>A full text query (not a term query) for `FoO:bAR` will also be analyzed to the terms `foo`,`bar` and will thus match the terms stored in the index.<br>It is this process of analysis (both at index time and at search time) that allows Elasticsearch to perform full text queries.<br>Also see text and term.<br><br>**term**<br>A term is an exact value that is indexed in Elasticsearch. The terms `foo`, `Foo`, `FOO` are NOT equivalent. Terms (i.e. exact values) can be searched for using *term* queries.<br>See also text and analysis.<br><br>**text**<br>Text (or full text) is ordinary unstructured text, such as this paragraph. By default, text will be analyzed into terms, which is what is actually stored in the index.<br>Text fields need to be analyzed at index time in order to be searchable as full text, and keywords in full text queries must be analyzed at search time to produce (and search for) the same terms that were generated at index time.<br>See also term and analysis.<br><br>*Elasticsearch Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/glossary.html) |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| analyzing the query, using at least one computing device, to identify at least one query keyword; | Workday servers running the Talent Acquisition application analyze the search query to identify at least one query keyword. *See, e.g.*: |

## Classic tokenizer

edit

The `classic` tokenizer is a grammar based tokenizer that is good for English language documents. This tokenizer has heuristics for special treatment of acronyms, company names, email addresses, and internet host names. However, these rules don't always work, and the tokenizer doesn't work well for most languages other than English:

- It splits words at most punctuation characters, removing punctuation. However, a dot that's not followed by whitespace is considered part of a token.
- It splits words at hyphens, unless there's a number in the token, in which case the whole token is interpreted as a product number and is not split.
- It recognizes email addresses and internet hostnames as one token.

### Example output

edit

```
POST _analyze
{
  "tokenizer": "classic",
  "text": "The 2 QUICK Brown-Foxes jumped over the lazy dog's bone."
}
```

Copy as cURL View in Console

The above sentence would produce the following terms:

```
[ The, 2, QUICK, Brown, Foxes, jumped, over, the, lazy, dog's, bone ]
```

*Elasticsearch Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/analysis-classic-tokenizer.html)

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| determining, at least one computing device, a plurality of intents from the at least one keyword, each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) determine multiple intents corresponding to the search keywords. These intents indicate a type of information regarding the query that is likely to be desired by a user submitting the query. For example, a user may submit a query for "Software Engineer Rust," and Talent Acquisition will determine that the user intends to see results for candidates with a job title of "software engineer" with the skill "Rust programming language." *See, e.g.*:<br><br>**Practical multi-tenancy**<br>Like many SaaS vendors, Workday runs its application on commodity servers and whether customers share a server or not is determined by factors such as load balancing, volume of transactions and usage patterns. Among the many definitions of multi-tenancy, this is an approach that some purists would argue isn't the real thing.<br><br>Wainewright<br><br>**Unified In-Memory**<br>Workday's approach was to design an enterprise cloud architecture specifically to allow applications and data to exist together as a unified whole. Internally, Workday is partitioned into many servers that perform individual tasks, but these all operate off a single, in-memory version of the entire application logic and data. Specifically, there is no separate on-disk representation of all Workday data structures. There are no SQL or other database data definitions in Workday. There is only a single, in-memory representation. Unifying our data structures and our business logic this way fundamentally impacts the flexibility of our system and delivers benefits to our customers that aren't possible with traditional ERP.<br><br>O'Toole |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| determining, at least one computing device, a plurality of intents from the at least one keyword, each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) determine multiple intents corresponding to the search keywords. These intents indicate a type of information regarding the query that is likely to be desired by a user submitting the query. For example, a user may submit a query for "Software Engineer Rust," and Talent Acquisition will determine that the user intends to see results for candidates with a job title of "software engineer" with the skill "Rust programming language." *See, e.g.*:<br><br>A new search service based on Elasticsearch was introduced to scale out the service and address these new use cases. This new service replaces the Apache Lucene based search engine that was co-located with the Cache. A machine learning algorithm that we call the Query Intent Analyzer builds models based on an individual customer's data to improve both the matching and ordering of results by relevance.<br><br>Pasley |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| determining, at least one computing device, a plurality of intents from the at least one keyword, each of the plurality of intents indicates a type of information regarding the query keyword that is likely to be desired by a user submitting the query; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) determine multiple intents corresponding to the search keywords. These intents indicate a type of information regarding the query that is likely to be desired by a user submitting the query. For example, a user may submit a query for "Software Engineer Rust," and Talent Acquisition will determine that the user intends to see results for candidates with a job title of "software engineer" with the skill "Rust programming language." *See, e.g.*:<br><br>Sourcing queries are issued by recruiters looking to identify candidates for specific job requisitions. They typically are large Boolean queries, involving multiple job titles, skills, and perhaps, a location. They are sometimes augmented by other entities like degrees, majors, companies, and universities. Following Broder's taxonomy [1], a sourcing query is an *informational query*. For sourcing queries, our customer research showed that recruiters strongly preferred highly precise results. They interactively refine the search query until results are narrowed to one or two hundred candidates. They then look at each profile before making their decisions about candidates' suitability. Recruiters prefer a very high degree of control during this process. For example, a likely target of query *Software Engineer Rust* is a candidate whose job–title is "Software Engineer" and who lists the "Rust programming language" as a skill; not a mechanical engineer who specializes in corrosion control and mentions word "software" in her profile. We need to develop a very precise understanding of users' intent for each phrase in the query to narrow the search results to the appropriate set.<br><br>Namjoshi at 2 |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| classifying the query, using the at least one computing device, into at least one of the plurality of intents; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) classify the query into at least one of the plurality of intents. For example, Workday recognizes entities like "company" and "degree" within a search query. *See, e.g.*:<br><br>**Practical multi-tenancy**<br>Like many SaaS vendors, Workday runs its application on commodity servers and whether customers share a server or not is determined by factors such as load balancing, volume of transactions and usage patterns. Among the many definitions of multi-tenancy, this is an approach that some purists would argue isn't the real thing.<br><br>Wainewright<br><br>**Unified In-Memory**<br>Workday's approach was to design an enterprise cloud architecture specifically to allow applications and data to exist together as a unified whole. Internally, Workday is partitioned into many servers that perform individual tasks, but these all operate off a single, in-memory version of the entire application logic and data. Specifically, there is no separate on-disk representation of all Workday data structures. There are no SQL or other database data definitions in Workday. There is only a single, in-memory representation. Unifying our data structures and our business logic this way fundamentally impacts the flexibility of our system and delivers benefits to our customers that aren't possible with traditional ERP.<br><br>O'Toole |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| classifying the query, using the at least one computing device, into at least one of the plurality of intents; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) classify the query into at least one of the plurality of intents. For example, Workday recognizes entities like "company" and "degree" within a search query. *See, e.g.*:<br><br>**3 Query Intent Models**<br><br>Understanding the user's intent allows us to improve the formulation of the Elasticsearch query to improve search results. For instance, understanding that a query is a candidate's name would allow us to search in the *name* field only in Elasticsearch, delivering more relevant and precise results than if we were to search across all fields.<br><br>The tagger implements learning models trained to recognize entities like *company, degree, job title, location, name, school, skill, ...* while reporting a confidence score for the parse. It also uses regular expressions to detect *emails* and the *libphonenumber* library [2] to detect *phone* numbers. It assumes that queries are **dense** with named entities, since we expect recruiters to query "java developer seattle" rather than "I need a Java developer in the Seattle area".<br><br>Namjoshi at 3 |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| classifying the query, using the at least one computing device, into at least one of the plurality of intents; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) classify the query into at least one of the plurality of intents. For example, Workday recognizes entities like "company" and "degree" within a search query. *See, e.g.*:<br><br>**3 Query Intent Models**<br><br>Understanding the user's intent allows us to improve the formulation of the Elasticsearch query to improve search results. For instance, understanding that a query is a candidate's name would allow us to search in the *name* field only in Elasticsearch, delivering more relevant and precise results than if we were to search across all fields.<br>The tagger implements learning models trained to recognize entities like *company, degree, job title, location, name, school, skill, ...* while reporting a confidence score for the parse. It also uses regular expressions to detect *emails* and the *libphonenumber* library [2] to detect *phone* numbers. It assumes that queries are **dense** with named entities, since we expect recruiters to query "java developer seattle" rather than "I need a Java developer in the Seattle area".<br><br>Namjoshi at 3 |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| classifying the query, using the at least one computing device, into at least one of the plurality of intents; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) classify the query into at least one of the plurality of intents. For example, Workday recognizes entities like “company” and “degree” within a search query. *See, e.g.*:<br><br>**3.3 The Baseline**<br><br>Our simple baseline model uses unigram probabilities to assign the most likely label independently to each token in the query. Bayes’ rule gives us a probability distribution over tags for token $x$:<br><br>$P(y \mid x) = \frac{P(x \mid y)P(y)}{\sum_{y \in \mathcal{Y}} P(x \mid y)P(y)}$ (3)<br><br>We choose the most probable tag for each token independently and then combine adjacent tokens with the same tag into a single segment. The segment scores are the product of the tag probability for each token in the segment. For our baseline model we use a uniform prior.<br><br>Namjoshi at 4 |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| identifying, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) identify data objects (e.g., job candidates) available over the network (e.g., Workday cloud) that match a search term. Elasticsearch enables Workday's data object matching through the use of an inverted index. The search terms submitted to Workday can be compared to a list of where each unique word appears in the indexed documents. *See, e.g.*:<br><br>**Practical multi-tenancy**<br>Like many SaaS vendors, Workday runs its application on commodity servers and whether customers share a server or not is determined by factors such as load balancing, volume of transactions and usage patterns. Among the many definitions of multi-tenancy, this is an approach that some purists would argue isn't the real thing.<br><br>Wainewright<br><br>**Unified In-Memory**<br>Workday's approach was to design an enterprise cloud architecture specifically to allow applications and data to exist together as a unified whole. Internally, Workday is partitioned into many servers that perform individual tasks, but these all operate off a single, in-memory version of the entire application logic and data. Specifically, there is no separate on-disk representation of all Workday data structures. There are no SQL or other database data definitions in Workday. There is only a single, in-memory representation. Unifying our data structures and our business logic this way fundamentally impacts the flexibility of our system and delivers benefits to our customers that aren't possible with traditional ERP.<br><br>O'Toole |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| identifying, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) identify data objects (e.g., job candidates) available over the network (e.g., Workday cloud) that match a search term. Elasticsearch enables Workday's data object matching through the use of an inverted index. The search terms submitted to Workday can be compared to a list of where each unique word appears in the indexed documents. *See, e.g.*:<br><br>Search is an important aspect of user interaction with Workday. The global search box is the most prominent search feature and provides access to indexes across all customer data. Prompts also provide search capabilities to support data entry. Some prompts provide quick access across hundreds of thousands of values. Use cases such as recruiting present new challenges as a search may match a large number of candidates. In this scenario, sorting the results by relevance is just as important as finding the results.<br><br>A new search service based on Elasticsearch was introduced to scale out the service and address these new use cases. This new service replaces the Apache Lucene based search engine that was co-located with the Cache. A machine learning algorithm that we call the Query Intent Analyzer builds models based on an individual customer's data to improve both the matching and ordering of results by relevance.<br><br>Pasley |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| identifying, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) identify data objects (e.g., job candidates) available over the network (e.g., Workday cloud) that match a search term. Elasticsearch enables Workday's data object matching through the use of an inverted index. The search terms submitted to Workday can be compared to a list of where each unique word appears in the indexed documents. *See, e.g.*:<br><br>A new search service based on Elasticsearch was introduced to scale out the service and address these new use cases. This new service replaces the Apache Lucene based search engine that was co-located with the Cache. A machine learning algorithm that we call the Query Intent Analyzer builds models based on an individual customer's data to improve both the matching and ordering of results by relevance.<br>Pasley |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| identifying, using the at least one computing device, a plurality of data objects available over the network that match the at least one query keyword; | Workday servers running the Talent Acquisition application (i.e., at least one computing device) identify data objects (e.g., job candidates) available over the network (e.g., Workday cloud) that match a search term. Elasticsearch enables Workday's data object matching through the use of an inverted index. The search terms submitted to Workday can be compared to a list of where each unique word appears in indexed documents. *See, e.g.*:<br><br>When a document is stored, it is indexed and fully searchable in near real-time--within 1 second. Elasticsearch uses a data structure called an inverted index that supports very fast full-text searches. An inverted index lists every unique word that appears in any document and identifies all of the documents each word occurs in.<br><br>An index can be thought of as an optimized collection of documents and each document is a collection of fields, which are the key-value pairs that contain your data. By default, Elasticsearch indexes all data in every field and each indexed field has a dedicated, optimized data structure. For example, text fields are stored in inverted indices, and numeric and geo fields are stored in BKD trees. The ability to use the per-field data structures to assemble and return search results is what makes Elasticsearch so fast.<br><br>The analysis chain that is applied to a full-text field during indexing is also used at search time. When you query a full-text field, the query text undergoes the same analysis before the terms are looked up in the index.<br><br>*Elasticsearch Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/documents-indices.html) |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| assigning, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects; | The Workday servers index documents for each customer in sperate partitions. Each document (e.g., a job listing or job candidate) may be indexed based on intents (e.g., "entities") such as location, title, company, etc. *See, e.g.*:<br><br>**Practical multi-tenancy**<br>Like many SaaS vendors, Workday runs its application on commodity servers and whether customers share a server or not is determined by factors such as load balancing, volume of transactions and usage patterns. Among the many definitions of multi-tenancy, this is an approach that some purists would argue isn't the real thing.<br><br>Wainewright<br><br>**Unified In-Memory**<br>Workday's approach was to design an enterprise cloud architecture specifically to allow applications and data to exist together as a unified whole. Internally, Workday is partitioned into many servers that perform individual tasks, but these all operate off a single, in-memory version of the entire application logic and data. Specifically, there is no separate on-disk representation of all Workday data structures. There are no SQL or other database data definitions in Workday. There is only a single, in-memory representation. Unifying our data structures and our business logic this way fundamentally impacts the flexibility of our system and delivers benefits to our customers that aren't possible with traditional ERP.<br><br>O'Toole |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| assigning, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects; | The Workday servers index documents for each customer in sperate partitions. Each document (e.g., a job listing or job candidate) may be indexed based on intents (e.g., assigned to one or more "entities") such as location, title, company, etc. *See, e.g.*:<br><br>Workday's recruiting solution caters to a variety of users such as recruiters looking for candidates and candidates looking for jobs. Job requisitions and candidate profiles are indexed in tenanted Elasticsearch clusters and have structured fields and free–text documents against which queries are run. For example, candidate profile has structured fields for Name, Phone Number, Email, Current Job title, Past Job titles, Skills, Degrees, Majors, Schools, Location etc. Candidate profiles also include unstructured documents such as Resumes and cover letters. Data of each customer (tenant) — candidate profiles, job requisitions, and search queries — is logically isolated and enjoys strong privacy guarantees. Hence, unlike in consumer web SAAS providers, Workday does not directly examine or use tenant data for labeling. Instead, we use independently sourced tables of entities of interest to build our models. We present a novel scheme to validate and calibrate our models for each tenant while satisfying privacy and isolation requirements.<br><br>Namjoshi at 1 |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| assigning, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects | The Workday servers index documents for each customer in sperate partitions. Each document (e.g., a job listing or job candidate) may be indexed based on intents (e.g., assigned to one or more "entities") such as location, title, company, etc. *See, e.g.*:<br><br>**Data in: documents and indices** edit<br><br>Elasticsearch is a distributed document store. Instead of storing information as rows of columnar data, Elasticsearch stores complex data structures that have been serialized as JSON documents. When you have multiple Elasticsearch nodes in a cluster, stored documents are distributed across the cluster and can be accessed immediately from any node.<br><br>When a document is stored, it is indexed and fully searchable in near real-time--within 1 second. Elasticsearch uses a data structure called an inverted index that supports very fast full-text searches. An inverted index lists every unique word that appears in any document and identifies all of the documents each word occurs in.<br><br>*Elasticsearch Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/documents-indices.html) |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| assigning, using the at least one computing device, at least one of the plurality of intents to at least some of the plurality of data objects; | The Workday servers index documents for each customer in sperate partitions. Each document (e.g., a job listing or job candidate) may be indexed based on intents (e.g., assigned to one or more "entities") such as location, title, company, etc. *See, e.g.*:<br><br>**Analysis** edit<br><br>The index analysis module acts as a configurable registry of *analyzers* that can be used in order to convert a string field into individual terms which are:<br>• added to the inverted index in order to make the document searchable<br>• used by high level queries such as the `match` query to generate search terms.<br><br>See Text analysis for configuration details.<br><br>*Elasticsearch Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/index-modules-analysis.html) |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| ranking, using the at least one computing device, the plurality of data objects; | The Workday servers rank the data objects (e.g., search results). *See, e.g.*:<br><br>**Practical multi-tenancy**<br>Like many SaaS vendors, Workday runs its application on commodity servers and whether customers share a server or not is determined by factors such as load balancing, volume of transactions and usage patterns. Among the many definitions of multi-tenancy, this is an approach that some purists would argue isn't the real thing.<br><br>Wainewright<br><br>**Unified In-Memory**<br>Workday's approach was to design an enterprise cloud architecture specifically to allow applications and data to exist together as a unified whole. Internally, Workday is partitioned into many servers that perform individual tasks, but these all operate off a single, in-memory version of the entire application logic and data. Specifically, there is no separate on-disk representation of all Workday data structures. There are no SQL or other database definitions in Workday. There is only a single, in-memory representation. Unifying our data structures and our business logic this way fundamentally impacts the flexibility of our system and delivers benefits to our customers that aren't possible with traditional ERP.<br><br>O'Toole |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| ranking, using the at least one computing device, the plurality of data objects; | The Workday servers rank the data objects (e.g., search results). *See, e.g.*:<br><br>**Exploring Workday's Architecture**<br>Workday Technology Follow<br>Mar 28, 2018 · 12 min read<br><br>A new search service based on Elasticsearch was introduced to scale out the service and address these new use cases. This new service replaces the Apache Lucene based search engine that was co-located with the Cache. A machine learning algorithm that we call the Query Intent Analyzer builds models based on an individual customer's data to improve both the matching and ordering of results by relevance.<br><br>Pasley |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| ranking, using the at least one computing device, the plurality of data objects; | The Workday servers rank the data objects (e.g., search results). *See, e.g.*:<br><br>Optimizing Search Relevance for Enterprise Recruiting<br><br>**Abstract.** Workday's recruiting product is used by recruiters to find candidates that best match a given job requisition and by candidates to find jobs that match their profiles. Surfacing precise results, in addition to good ranking, is a critical product need. We have integrated several custom–built Named Entity Recognition (NER) models as part of query pre–processing to dramatically improve precision (and ranking) of search results. Furthermore, Workday is a multi–tenanted system with strong privacy and isolation guarantees. Workday does not have direct access to tenant data, including query data. This makes traditional approaches to NER training and validation impossible. We propose a novel scheme to train, validate, and calibrate our models for every one of our over eight hundred tenants. We show that our best models achieve significant error reduction compared to baseline NER models.<br><br>Namjoshi at 1 |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| ranking, using the at least one computing device, the plurality of data objects; | The Workday servers rank the data objects (e.g., search results). *See, e.g.*:<br><br>**Similarity module**<br>edit<br><br>A similarity (scoring / ranking model) defines how matching documents are scored. Similarity is per field, meaning that via the mapping one can define a different similarity per field.<br><br>Configuring a custom similarity is considered an expert feature and the builtin similarities are most likely sufficient as is described in `similarity`.<br><br>*Elasticsearch Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/index-modules-similarity.html)<br><br>Each `must`, `should`, and `must_not` element in a Boolean query is referred to as a query clause. How well a document meets the criteria in each `must` or `should` clause contributes to the document's *relevance score*. The higher the score, the better the document matches your search criteria. By default, Elasticsearch returns documents ranked by these relevance scores.<br><br>*Elasticsearch Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/getting-started-search.html) |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| building a result, using the at least one computing device, using the ranked plurality of data objects, the result comprises a plurality of display entries, at least one display entry customized to a respective assigned intent is constructed for each of the ranked plurality of data objects; and | The Workday server builds a result set comprising a plurality of display entries (e.g., links to different categories of search results). At least one of the display entries customized to an assigned intent (e.g., category such as "common") is constructed for each of the ranked plurality of data objects (e.g., ranked search candidates included in different categories). *See, e.g.*:<br><br>**Practical multi-tenancy**<br>Like many SaaS vendors, Workday runs its application on commodity servers and whether customers share a server or not is determined by factors such as load balancing, volume of transactions and usage patterns. Among the many definitions of multi-tenancy, this is an approach that some purists would argue isn't the real thing.<br><br>Wainewright<br><br>**Unified In-Memory**<br>Workday's approach was to design an enterprise cloud architecture specifically to allow applications and data to exist together as a unified whole. Internally, Workday is partitioned into many servers that perform individual tasks, but these all operate off a single, in-memory version of the entire application logic and data. Specifically, there is no separate on-disk representation of all Workday data structures. There are no SQL or other database data definitions in Workday. There is only a single, in-memory representation. Unifying our data structures and our business logic this way fundamentally impacts the flexibility of our system and delivers benefits to our customers that aren't possible with traditional ERP.<br><br>O'Toole |

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| building a result, using the at least one computing device, using the ranked plurality of data objects, the result comprises a plurality of display entries, at least one display entry customized to a respective assigned intent is constructed for each of the ranked plurality of data objects; and | The Workday server builds a result set comprising a plurality of display entries (e.g., links to different categories of search results). At least one of the display entries customized to an assigned intent (e.g., category such as "common") is constructed for each of the ranked plurality of data objects (e.g., ranked search candidates included in different categories). *See, e.g.*: |




*Workday: Navigation - Search*

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| transmitting the result, over the network, to the user. | Once the result set is built, it is transmitted over the network (e.g., the Internet) to the user for display on the Workday Talent Acquisition application. *See, e.g.*: |




Pasley




**Figure 1.** Workday Integration Cloud

*Simplifying Enterprise Integration*

# Claim Chart – Claim 1

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| transmitting the result, over the network, to the user. | Once the result set is built, it is transmitted over the network (e.g., the Internet) to the user for display on the Workday Talent Acquisition application. *See, e.g.*:  *Workday: Navigation - Search* |

# Claim Chart – Claim 3

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| The method of claim **1** wherein the at least one intent comprises an unclassified intent. | The disclosure for Claim 1 is incorporated herein by reference. Furthermore, one of the intents (e.g., categories) comprises an unclassified intent (e.g., "All of Workday"). *See, e.g.*:  *Workday: Navigation - Search* |

# Claim Chart – Claim 5

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| The method of claim **1** wherein, in the classifying step, the query is classified by linguistic analysis of the at least one query keyword. | The disclosure for Claim 1 is incorporated herein by reference. Furthermore, the query is classified by linguistic analysis of at least one query keyword. For example, the Elasticsearch software used by Workday performs grammar-based analysis. Elasticsearch also supports multiple languages. *See, e.g.*:<br><br>**Anatomy of an analyzer**<br>edit<br>An *analyzer* — whether built-in or custom — is just a package which contains three lower-level building blocks: *character filters*, *tokenizers*, and *token filters*.<br>The built-in analyzers pre-package these building blocks into analyzers suitable for different languages and types of text. Elasticsearch also exposes the individual building blocks so that they can be combined to define new `custom` analyzers.<br><br>*Elastic Search Reference*<br>(https://www.elastic.co/guide/en/elasticsearch/reference/current/analyzer-anatomy.html) |

# Claim Chart – Claim 5

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| The method of claim **1** wherein, in the classifying step, the query is classified by linguistic analysis of the at least one query keyword. | The disclosure for Claim 1 is incorporated herein by reference. Furthermore, the query is classified by linguistic analysis of at least one query keyword. For example, the Elasticsearch software used by Workday performs grammar-based analysis. Elasticsearch also supports multiple languages. *See, e.g.*: |

### Tokenizer

edit

A *tokenizer* receives a stream of characters, breaks it up into individual *tokens* (usually individual words), and outputs a stream of *tokens*. For instance, a `whitespace` tokenizer breaks text into tokens whenever it sees any whitespace. It would convert the text `"Quick brown fox!"` into the terms `[Quick, brown, fox!]`.

The tokenizer is also responsible for recording the order or *position* of each term and the start and end *character offsets* of the original word which the term represents.

An analyzer must have **exactly one** tokenizer.

### Token filters

edit

A *token filter* receives the token stream and may add, remove, or change tokens. For example, a `lowercase` token filter converts all tokens to lowercase, a `stop` token filter removes common words (*stop words*) like `the` from the token stream, and a `synonym` token filter introduces synonyms into the token stream.

Token filters are not allowed to change the position or character offsets of each token.

An analyzer may have **zero or more** token filters, which are applied in order.

*Elastic Search Reference* (https://www.elastic.co/guide/en/elasticsearch/reference/current/analyzer-anatomy.html)

# Claim Chart – Claim 5

| Claim Feature | Evidence from Talent Acquisition |
|---|---|
| The method of claim **1** wherein, in the classifying step, the query is classified by linguistic analysis of the at least one query keyword. | The disclosure for Claim 1 is incorporated herein by reference. Furthermore, the query is classified by linguistic analysis of at least one query keyword. For example, the Elasticsearch software used by Workday performs grammar-based analysis. Elasticsearch also supports multiple languages. *See, e.g.*:<br><br>**Classic tokenizer**<br>edit<br><br>The `classic` tokenizer is a grammar based tokenizer that is good for English language documents. This tokenizer has heuristics for special treatment of acronyms, company names, email addresses, and internet host names. However, these rules don't always work, and the tokenizer doesn't work well for most languages other than English:<br>• It splits words at most punctuation characters, removing punctuation. However, a dot that's not followed by whitespace is considered part of a token.<br>• It splits words at hyphens, unless there's a number in the token, in which case the whole token is interpreted as a product number and is not split.<br>• It recognizes email addresses and internet hostnames as one token.<br><br>*Elastic Search Reference*<br>(https://www.elastic.co/guide/en/elasticsearch/reference/current/analysis-classic-tokenizer.html) |

# Claim Chart – Claim 5

| Claim Feature | Evidence from Talent Acquisition |
| --- | --- |
| The method of claim **1** wherein, in the classifying step, the query is classified by linguistic analysis of the at least one query keyword. | The disclosure for Claim 1 is incorporated herein by reference. Furthermore, the query is classified by linguistic analysis of at least one query keyword. For example, the Elasticsearch software used by Workday performs grammar-based analysis. Elasticsearch also supports multiple languages. *See, e.g.*:<br><br>**Language analyzers** edit<br>A set of analyzers aimed at analyzing specific language text. The following types are supported: arabic, armenian, basque, bengali, brazilian, bulgarian, catalan, cjk, czech, danish, dutch, english, estonian, finnish, french, galician, german, greek, hindi, hungarian, indonesian, irish, italian, latvian, lithuanian, norwegian, persian, portuguese, romanian, russian, sorani, spanish, swedish, turkish, thai.<br><br>*Elastic Search Reference*<br>(https://www.elastic.co/guide/en/elasticsearch/reference/current/analysis-lang-analyzer.html) |

# END

nelson
bumgardner
albritton