IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Workday, Inc.,<br><br>    Defendant. | Civil Action No. 4:21-cv-00093<br><br>Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Workday, Inc. ("Workday") hereby state that they have resolved the matters in controversy between them. Accordingly, R2 Solutions and Workday stipulate that any and all claims by and between R2 Solutions and Workday shall be dismissed WITH PREJUDICE.

  For this reason, R2 Solutions and Workday ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**Dated:  June 7, 2021**

**Respectfully submitted,**

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>State Bar No. 00797142<br>Brent N. Bumgardner<br>State Bar No. 00795272<br>Christopher G. Granaghan<br>State Bar No. 24078585<br>Hill Brakefield<br>State Bar No. 24110604<br>Nelson Bumgardner Albritton PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111<br>ed@nbafirm.com<br>brent@nbafirm.com<br>chris@nbafirm.com<br>hill@nbafirm.com<br><br>*Attorneys for Plaintiff R2 Solutions LLC* | */s/ Stephen A. Marshall*<br>Stephen A. Marshall<br>D.C. Bar No. 1012870<br>smarshall@willkie.com<br>Indranil Mukerji<br>MA Bar 644059<br>imukerji@willkie.com<br>WILLKIE FARR & GALLAGER LLP<br>1875 K Street, NW Washington, DC<br>20006-1238<br>(202) 303-1198<br>(202) 303-2000<br><br>*Attorneys for Defendant Workday, Inc.* |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel for all parties of record on June 7, 2021 via the Court's CM/ECF system.

                                                                  */s/ Edward R. Nelson III*